**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: A.C.A., A MINOR   :   No. 109 MAL 2022
  :
  :
PETITION OF: D.A., FATHER   :   Petition for Allowance of Appeal
  :   from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.